380 U.S. 373
 85 S.Ct. 1034
 13 L.Ed.2d 967
 CHICAGO, ROCK ISLAND & PACIFIC R. CO. et al.
v.
UNITED STATES et al.
 No. 770.
 Supreme Court of the United States
 March 29, 1965
 
 M. L. Cassell and Don McDevitt, for appellants.
 Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Donald L. Hardison, Robert W. Ginnane and Fritz R. Kahn, for the United States and others.
 Alexander B. Hawes, for Waterways Bulk Transportation Council, Inc.
 Nuel D. Belnap, for Federal Barge Lines, Inc. and others.
 Charles J. McCarthy, for Tennessee Valley Authority.
 Donald Macleay, for Arrow Transportation Co.
 John C. Lovett, for Farmers Union Grain Terminal Association and others.
 PER CURIAM.
 
 
 1
 The motions to affirm are granted and the judgment is affirmed.